■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL WITT, JR. (B) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE DEBE. (C) THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT HAMILL. (D) THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE VISCONTI. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES C. RICHARDSON. (F) THE PEOPLE OF THE STATE OF NEW YORK v. DEWEY McDADE THOMPSON, JR. (G) THE PEOPLE OF

THE STATE OF NEW YORK v. JAMES J. FINLEY. (H) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES BROOKS. (I) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SULLIVAN, Alias JOHN RYAN. (J) THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE ODDO. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ. (K) THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT ELY. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ. (L) JOHN MANGI v. CITY OF NEW YORK and ANTOL REALTY CORP. (M) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER CREASEY. (N) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY RICCO.— [In each action.] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.